| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Karp, Jeffery M.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**7039** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**8649 Trumbull**<br>**Skokie, IL 60076** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**P.O. Box 1494**<br>**Evanston, IL 60204** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)          ☐ Railroad<br>☐ Corporation           ☐ Stockbroker<br>☐ Partnership            ☐ Commodity Broker<br>☐ Other _____          ☐ Clearing Bank | ☑ Chapter 7        ☐ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying<br>that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will<br>   be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | |
|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Jeffery M. Karp** | |
|---|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>    **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code specified in this petition.

X _____
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

8/2/2005
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr.,  ARDC # 3122632**
Printed Name of Attorney for Debtor(s) / Bar No.

**FOSTER, KALLEN & SMITH**
Firm Name

**3825 W. 192nd Street**
Address

**Homewood, IL 60430**

**1-708-799-6300                    1-708-799-6339**
Telephone Number

8/2/05
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    8/2/05
Signature of Attorney for Debtor(s)              Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A
(6/90)

In re: **Jeffery M. Karp**                                                                      ,   Case No. _____
         Debtor                                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family Residence 9029 Forestview, Evanston IL** | **Fee Owner** | **J** | **$ 420,000.00** | **$ 255,000.00** |

| NOTE: **Coldwell Banker has estimated the value of the home between $420,000 if sold at its best and $320,000 if sold as is.** |
|---|

Total   ➤   **$ 420,000.00**

(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re  **Jeffery M. Karp**                                                    Case No.
_____                    _____
            Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Abbott Laboratories Credit Union  Savings account** | J | **16,904.00** |
| | | **Checking account at LaSalle Bank** | J | **150.00** |
| | | **Checking accounts** | J | **792.00** |
| | | NOTE:   **Mid America Bank -$120; Great Bank -$322; and First Community Credit Union -$350.** | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Apartment Seurity Deposit on 8649 Trumbull, Skokie, IL 60076** | J | **1,300.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings** | J | **1,500.00** |
| | | **Sofabed, old computers, bookshelves and miscellaneous books in storage.** | H | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal clothing** | J | **500.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Sporting/exercise and hobby equipment** | J | **500.00** |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | **Hewitt Self Directed 401k plan** | J | **4,065.00** |

FORM B6B
(10/89)

In re   **Jeffery M. Karp**                                     ,   Case No. _____
                  Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Hospira 401K** | J | **88,891.21** |
| | | **IRA at Charles Schwab** | J | **5,768.00** |
| | | **Pfizer 401k plan** | J | **83,360.00** |
| | | **Pfizer Corporation Pension Plan** | J | **57,876.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Brown and Company Brokerage Account at Brown & Co., Boston, MA consisting of cash only.** | | **34.00** |
| | | **Charles Schwab Brokerage Account consisting of stock and cash.** | | **170.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

FORM B6B
(10/89)

In re    **Jeffery M. Karp** _____ ,    Case No. _____

                 Debtor                                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chrysler PT Cruiser automobile** | J | 7,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | **Lease on 2004 Honda VP automobile** | J | **Unknown** |

             <u>2</u>    continuation sheets attached            Total   ➤     **$ 269,810.21**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re  **Jeffery M. Karp**                                               , **Case No.** _____
_____
      Debtor.                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Checking account at LaSalle Bank** | **735 ILCS 5/12-1001(b)** | 150.00 | 150.00 |
| **Checking accounts** | **735 ILCS 5/12-1001(b)** | 350.00 | 792.00 |
| **Hewitt Self Directed 401k plan** | **735 ILCS 5/12-704** | 4,065.00 | 4,065.00 |
| **Hospira 401K** | **735 ILCS 5/12-704** | 51,878.00 | 88,891.21 |
| **IRA at Charles Schwab** | **735 ILCS 5/12-704** | 5,768.00 | 5,768.00 |
| **Miscellaneous household goods and furnishings** | **735 ILCS 5/12-1001(b)** | 1,500.00 | 1,500.00 |
| **Personal clothing** | **735 ILCS 5/12-1001(a),(e)** | 500.00 | 500.00 |
| **Pfizer 401k plan** | **735 ILCS 5/12-704** | 83,360.00 | 83,360.00 |
| **Pfizer Corporation Pension Plan** | **735 ILCS 5/12-704** | 57,876.00 | 57,876.00 |
| **Single Family Residence 9029 Forestview, Evanston IL** | **735 ILCS 5/12-901** | 7,500.00 | 420,000.00 |

FORM B6D
(12/03)

In re:  **Jeffery M. Karp**                                                                                    ,        Case No. _____
                          Debtor                                                                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **Unknown** | **N/A** |
| American Honda Finance PO Box 5308 Elgin IL 60121-5308 | | | **Security Agreement Lease on 2004 Honda VP automobile** <br><br> **VALUE: Unknown** | | | | | |
| ACCOUNT NO. | | | | | | | **7,500.00** | **0.00** |
| Chrysler Financial PO BOx 9223 Farmington Hills, MI 48333-9223 | | | **Security Agreement 2002 Chrysler PT Cruiser automobile** <br><br> **VALUE $7,500.00** | | | | | |
| ACCOUNT NO. | | X | | | | | **255,000.00** | **0.00** |
| National City Mortgage PO Box 1820 Dayton, OH 45401-1820 | | | **First Lien on Residence Single Family Residence 9029 Forestview, Evanston IL** <br><br> **VALUE $420,000.00** | | | | | |

0 Continuation sheets attached

|  |  |
|---|---|
| **Subtotal** ➤ (Total of this page) | **$262,500.00** |
| **Total** ➤ (Use only on last page) | **$262,500.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re   **Jeffery M. Karp**                                                                    ,   Case No. _____
_____
                    Debtor                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**      (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **Jeffery M. Karp**                                                      ,    Case No. _____
                    Debtor                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                    .<br>**Illinois Dept of Revenue<br>Bankruptcy Section<br>Level 7-425<br>100 W. Randolph Street<br>Chicago, Illinois 60601** | | | **2004 Income taxes** | | | | 500.00 | 500.00 |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal   ➤    **$500.00**
(Total of this page)

Total   ➤    **$500.00**
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re   **Jeffery M. Karp** _____,   Case No. _____
              Debtor                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4417-122-5527-4098 <br><br> Bank One <br> PO Box 151523 <br> Wilmington, DE 19886 | | H | **Credit Card Debt.** <br> **Last use of card was prior to March 2005.** | | | | 9,768.00 |
| ACCOUNT NO. <br><br> Center For Talent Development <br> Northwestern University <br> Evanston, IL 60203 | X | J | **Contract for summer camp tuition** | | | | 900.00 |
| ACCOUNT NO.   4357-8724-0002-9271 <br><br> Chase <br> PO Box 15651 <br> Wllmington DE 19886-5651 | | H | 05/01/2005 <br><br> **Credit Card Debt.** <br> **Last use of card was prior to July 2005.** | | | | 18,693.00 |
| ACCOUNT NO. <br><br> Chicagoland Jewish High School <br> 7800 Lyons <br> Morton Grove, IL 60053 | X | J | **Contract of High School tuition** | | | | 6,700.00 |
| ACCOUNT NO.   5426-1907-2453-4109 <br><br> CitiCard <br> PO Box 6000 <br> The Lakes, NV 89163-6000 | | H | **Credit card Debt.** <br> **Lat use of card June 2005** | | | | 7,600.00 |

_2_   Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➤ | | $43,661.00 |
| Total ➤ | | |

Form B6F - Cont.
(12/03)

In re   **Jeffery M. Karp** _____, Case No. _____
                  Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5424-1804-2701-3625<br><br>CitiCard<br>PO Box 6000<br>The Lakes, NV 89163-6000 | | H | Credit Card Debt.<br>Last use of card was prior to March 2005. | | | | 14,831.00 |
| ACCOUNT NO.<br><br>Claudia Olney<br>134 N. LaSalle<br>Suite 300<br>Chicago, IL 60602 | | | Wife's legal fees in connection with Divorce proceeding | | | X | 21,713.20 |
| ACCOUNT NO.<br><br>Johnson & Associates<br>887 LaSalle Street<br>Chicago, IL 60604 | | H | Legal fees for divorce attorney | | | | 9,500.00 |
| ACCOUNT NO.   5490-9948-4658-8135<br><br>MBNA America<br>PO BOX 15026<br>Wilmington, DE 19850 | | H | Credit Card Debt.<br>Last use of card was prior to March 2005. | | | | 15,376.00 |
| ACCOUNT NO.   001576982-49<br><br>Medical University Anesthesiologists<br>c/o Armor Systems Corp.<br>2322 Green Bay Road<br>Waukegan, IL 60081 | X | J | Medical services | | | | 1,644.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| $63,064.20 |
|---|
| |

Form B6F - Cont.
(12/03)

In re  **Jeffery M. Karp**                                              ,   Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **7EO-09673** | | | | | | | 1,057.00 |
| **Ultimate Martial Arts 3922 West Touhy Avenue Lincolnwood, IL 60712** | | | **Contract for martial arts lessons** | | | | |
| NOTE:  Collection agency:  **Amerinational Management Services, PO Box 149007, Orlando Florida, 32814-9007** | | | | | | | |

Sheet no.  2 of  2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤            **$1,057.00**
(Total of this page)

Total ➤              **$107,782.20**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

**Chester H. Foster, Jr.   ARDC # 3122632**
**FOSTER, KALLEN & SMITH**
**3825 W. 192nd Street**

**Homewood, IL 60430**

 **1-708-799-6300**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In Re:
Debtor:  **Jeffery M. Karp**
Social Security Number:  **7039**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.    **American Honda Finance**<br>**PO Box 5308**<br>**Elgin IL 60121-5308** | **Secured Claims** | $      0.00 |
| 2.    **Bank One**<br>**PO Box 151523**<br>**Wilmington, DE 19886** | **Unsecured Claims** | $  9,768.00 |
| 3.    **Center For Talent Development**<br>**Northwestern University**<br>**Evanston, IL 60203** | **Unsecured Claims** | $    900.00 |
| 4.    **Chase**<br>**PO Box 15651**<br>**WIlmington DE 19886-5651** | **Unsecured Claims** | $ 18,693.00 |
| 5.    **Chicagoland Jewish High School**<br>**7800 Lyons**<br>**Morton Grove, IL 60053** | **Unsecured Claims** | $  6,700.00 |

In re:  **Jeffery M. Karp**                                                  Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Chrysler Financial**<br>**PO BOx 9223**<br>**Farmington Hills, MI 48333-9223** | **Secured Claims** | **$  7,500.00** |
| 7. | **CitiCard**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | **Unsecured Claims** | **$  7,600.00** |
| 8. | **CitiCard**<br>**PO Box 6000**<br>**The Lakes, NV 89163-6000** | **Unsecured Claims** | **$ 14,831.00** |
| 9. | **Claudia Olney**<br>**134 N. LaSalle**<br>**Suite 300**<br>**Chicago, IL 60602** | **Unsecured Claims** | **$ 21,713.20** |
| 10. | **Illinois Dept of Revenue**<br>**Bankruptcy Section**<br>**Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, Illinois 60601** | **Priority Claims** | **$    500.00** |
| 11. | **Johnson & Associates**<br>**887 LaSalle Street**<br>**Chicago, IL 60604** | **Unsecured Claims** | **$  9,500.00** |
| 12. | **MBNA America**<br>**PO BOX 15026**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 15,376.00** |
| 13. | **Medical University Anesthesiologists**<br>**c/o Armor Systems Corp.**<br>**2322 Green Bay Road**<br>**Waukegan, IL 60081** | **Unsecured Claims** | **$  1,644.00** |
| 14. | **National City Mortgage**<br>**PO Box 1820**<br>**Dayton, OH 45401-1820** | **Secured Claims** | **$ 255,000.00** |

In re:    **Jeffery M. Karp**                                                        Case No. _____

15.  **Ultimate Martial Arts**                          **Unsecured Claims**              $  1,057.00
     **3922 West Touhy Avenue**
     **Lincolnwood, IL 60712**

In re:   **Jeffery M. Karp**                                                        Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

 I, **Jeffery M. Karp** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature: _____
　　　　　　Jeffery M. Karp

Form B6G
(10/89)

In re:  **Jeffery M. Karp**                                                                          ,     Case No.  _____
_____ **Debtor** _____  ·                                                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **American Honda Finance**<br>**PO Box 5308**<br>**Elgin, IL 60121-5308** | **Automobile Lease**<br>**Term Began: September 7, 2004**<br>**Term Ends: September 6,  2006**<br>**Monthly Payments: $259** |
| **Center For Talent Development**<br>**Northwestern University**<br>**Evanston, IL 60203** | **Summer Camp**<br>**Payments Begin: June 2005**<br>**Payments Ends:January 2006**<br>**Payment amounts: $400** |
| **Chicagoland Jewish High School**<br>**7800 Lyons**<br>**Morton Grove, IL 60053** | **Begins: June 2005**<br>**Ends:April 2006**<br>**Payment amounts:$895** |
| **Ultimate Martial Arts**<br>**3922 West Touhy Avenue**<br>**Lincolnwood, IL 60712** | **October 1, 2004 thru September 30, 2005**<br>**$129 per month** |
| **William Boden**<br>**8649 Trumbull**<br>**Skokie, IL 60076** | **Apartment Lease**<br>**Term Begins: August 1, 2004**<br>**Term Ends:July 31, 2005**<br>**$1,300 per month** |

B6H
(6/90)

In re: <u>Jeffery M. Karp</u>_____ ,    Case No. _____
                      **Debtor**                                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sherry L. Karp a.k.a Katz**<br>**9029 Forestview**<br>**Evanston, IL** | **Center For Talent Development**<br>**Northwestern University**<br>**Evanston, IL 60203** |
| **Sherry L. Karp a.k.a Katz**<br>**9029 Forestview**<br>**Evanston, IL** | **Chicagoland Jewish High School**<br>**7800 Lyons**<br>**Morton Grove, IL 60053** |
| **Sherry L. Karp a.k.a Katz**<br>**9029 Forestview**<br>**Evanston, IL** | **Medical University Anesthesiologists**<br>**c/o Armor Systems Corp.**<br>**2322 Green Bay Road**<br>**Waukegan, IL 60081** |
| **Sherry L. Karp a.k.a Katz**<br>**9029 Forestview**<br>**Evanston, IL** | **National City Mortgage**<br>**PO Box 1820**<br>**Dayton, OH 45401-1820** |

Form B6I
(12/03)

In re  **Jeffery M. Karp**                                          , Case No. _____
                            Debtor                                                              (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **Separated** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Spouse** | **53** |
| | **Daughter** | **15** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Principal Analyst** | |
| Name of Employer | **Hospira** | |
| How long employed | **8 months** | |
| Address of Employer | **275 N. Field Drive** **Lake Forest, IL 60045** | |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 7,720.00 | $ | |
| Estimated monthly overtime | $ | 0.00 | $ | |
| SUBTOTAL | $ | 7,720.00 | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 2,229.00 | $ | |
| b. Insurance | $ | 297.00 | $ | |
| c. Union dues | $ | 0.00 | $ | |
| d. Other (Specify) _____ | $ | 0.00 | $ | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,526.00 | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,194.00 | $ | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | |
| Income from real property | $ | 0.00 | $ | |
| Interest and dividends | $ | 0.00 | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | |
| Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | |
| Pension or retirement income | $ | 0.00 | $ | |
| Other monthly income | | | | |
| (Specify) _____ | $ | 0.00 | $ | |
| | | | | |
| TOTAL MONTHLY INCOME | $ | 5,194.00 | $ | |

TOTAL COMBINED MONTHLY INCOME  _____ **$ 5,194.00** _____  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:                         **NONE**

Form B6J
(6/90)

In re    **Jeffery M. Karp**                                                                                    Case No. _____
        Debtor                                                                                          (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
     schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
| Are real estate taxes included?    Yes ✓    No _____ | | |
| Is property insurance included?    Yes ✓    No _____ | | |
| Utilities   Electricity and heating fuel | $ | 40.00 |
|         Water and sewer | $ | 0.00 |
|         Telephone | $ | 125.00 |
|         Other   **Cable/Internet** | $ | 64.00 |
| Home maintenance (repairs and upkeep) | $ | 75.00 |
| Food | $ | 600.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 125.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 125.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 35.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 80.00 |
|       Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|       Auto | $ | 259.00 |
|       Other _____ | $ | 0.00 |
| Alimony, maintenance or support paid to others | $ | 1,100.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other   **Books for recreational & training/education** | $ | 50.00 |
| **Computer SW and HW training.education** | $ | 50.00 |
| **Health club membership** | $ | 45.00 |
| **House Cleaning service** | $ | 105.00 |
| **Household supplies/consumables** | $ | 30.00 |
| **Maintenece fees for professional credentials** | $ | 50.00 |
| **Monthly divorce attorney fees until divorce is finalized** | $ | 850.00 |
| **Personal grooming - hair cuts** | $ | 36.00 |
| **Pilot license fees** | $ | 40.00 |
| **Storage locker charge** | $ | 110.00 |

Form B6J
(6/90)

In re    **Jeffery M. Karp**                                                                    ,    Case No. _____
         Debtor                                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)          | $          **5,744.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                    $ _____
B. Total projected monthly expenses                                  $ _____
C. Excess income (A minus B)                                         $ _____
D. Total amount to be paid into plan each _____     $ _____
                                          (interval)

Form B6
(6/90)

# United States Bankruptcy Court
# Northern District of Illinois

In re  **Jeffery M. Karp**

Case No.

Chapter  **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 420,000.00 | | |
| B - Personal Property | YES | 3 | $ 269,810.21 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 262,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 500.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 107,782.20 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 5,194.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 5,744.00 |
| Total Number of sheets in ALL Schedules ⮞ | | 16 | | | |
| Total Assets ⮞ | | | $ 689,810.21 | | |
| Total Liabilities ⮞ | | | | $ 370,782.20 | |

Official Form 6 - Cont .
(12/03)

In re: <u>**Jeffery M. Karp**</u>_____,    Case No. _____
        **Debtor**          .                                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____
                                                                                  (Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___8/2/2005___                  Signature: _____

                                            **Jeffery M. Karp**

                                     [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:   **Jeffery M. Karp**                                   Case No. _____
         **7039**                                              Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
□       State the gross amount of income the debtor has received from employment, trade, or profession, or from
        operation of the debtor's business from the beginning of this calendar year to the date this case was
        commenced. State also the gross amounts received during the **two years** immediately preceding this
        calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather
        than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's
        fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under
        chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the
        spouses are separated and a joint petition is not filed.)

| AMOUNT | . SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 179,309.72 | **Debtor's 2003 earnings and compensation from Pfizer (this amount includes $108,000 severence package)** | |
| 12,555.00 | **Debtor's spouse's income 2003** | |
| 24,000.00 | **Debtor's 2004 earnings from Abbott/Hospira** | |
| 56,000.00 | **Debtor's 2004 earnings from Manpower** | |
| 49,000.00 | **Debtor's YTD 2005 earnings from Abbot/Hospira** | |

### 2. Income other than from employment or operation of business

None
□       State the amount of income received by the debtor other than from employment, trade,
        profession, or operation of the debtor's business during the **two years** immediately preceding the
        commencement of this case. Give particulars. If a joint petition is filed, state income for each
        spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for
        each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
        petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 911.00 | **Income from jointly held investments.** | |
| 3,504.00 | **State of Illinois unemployment compensation 2003** | |
| 2,200.00 | **State of Illinois unemployment compensation 2004** | |

### 3. Payments to creditors

None
□       a.  List all payments on loans, installment purchases of goods or services, and other debts,
        aggregating more than $600 to any creditor, made within **90 days** immediately preceding the
        commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
        payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
        separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Payments to Creditors per form 7 Item 3a
Document

| Name and Address of Creditor | Dates of Payments | Amt Paid | Amt still owing |
|---|---|---|---|
| IRS | 7/31/2005 | $3346 | $0 |
| Total | | $3346 | |
| | | | |
| Center for Talent Development | 6/8/2005 | $450 | ~$800 |
| Northwestern University | 7/10/2005 | $450 | |
| Evanston, IL 60203 | 7/31/2005 | $400 | |
| Total | | $1300 | |
| | | | |
| CJ HS | 6/8/2005 | $890 | ~$6200 |
| 7800 W Lyons | 7/9/2005 | $900 | |
| Morton Grove, IL 60053 | 7/31/2005 | $900 | |
| | 8/1/2005 | $450 | |
| | 8/1/2005 | $50 | |
| Total | | $3190 | |
| | | | |
| National City Mortgage | 5/15/2005 | $2031.60 | ~$260,000 |
| Total | | $2031.60 | |
| PO Box 1820 | | | |
| Dayton, OH 45401-1820 | | | |
| | | | |
| Honda Financial | 5/20/2005 | $259 | Car lease |
| PO Box 5308 | 7/10/2005 | $518 | |
| Elgin, IL 60121-5308 | 7/31/2005 | $259 | |
| Total | | $1036 | |
| | | | |
| Johnson & Associates | | | ~$9500 |
| 887 N. LaSalle | 7/10/2005 | $500 | |
| Chicago, IL 60604 | 7/31/2005 | $500 | |

| Name and Address of Creditor | Dates of Payments | Amt Paid | Amt Still Owing |
|---|---|---|---|
| | Total | $1000 | |
| CitiCards Acc 2 | 5/8/2005 | $308 | ~14831 |
| PO Box 6000 | 6/6/2005 | $305 | |
| The Lakes, NV 89163-6000 | 7/6/2005 | $301 | |
| Total | | $914 | |
| | | | |
| Chase acc 1/Bank One | 5/21/2005 | $244 | $9320 |
| P.O. Box 151523 | 6/27/2005 | $300 | |
| Wilmington, DE 19886 | 7/27/2005 | $233 | |
| Total | | $777 | |
| | | | |
| Chase acc 2 | 5/17/2005 | $372 | $18693 |
| PO Box 15651 | 6/16/2005 | $366 | |
| Wilmington, DE 19886-5651 | 7/18/2005 | $363 | |
| Total | | $1101 | |
| | | | |
| W. Boden | 6/8/2005 | $1300 | Apt. Lease |
| 8649 Trumbull | 7/5/2005 | $1300 | |
| Skokie, IL 60076 | 7/31/2005 | $1300 | |
| Total | | $3900 | |
| | | | |
| Dr. Marwil | 6/7/2005 | $600 | |
| 5301 Dempster | 6/29/2005 | $240 | |
| Skokie, IL  60076     Total | | $840 | |

Notes:

The Citicards 4109 account showed less than $600 during the last 90 days.
The MBNA 8135 account showed less than $600 during the last 90 days.  The earliest of the last three payments was on May 1.

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chester H. Foster, Jr.**<br>**3825 W. 192nd Street**<br>**Homewood, IL 60430** | **July 2005** | **$209 filing fee**<br>**$1,291 legal fees** |

**10. Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **E-Trade** | **Investment account $2.00** | **7/2005** |
| **Great Bank 3300 Dempster St. Skokie, IL 60076** | **Checking Final Balance:** | **2004** |

**12.  Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☑

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
| --- |

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None
☐

a.      If the debtor is an individual, list the names, addresses,  taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.              .

If the debtor is a corporation, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Parkway Investment Club** | | **4901 Searle Parkway Skokie, IL 60076** | **Investment Club** | **01/01/1996** <br> **01/01/2001** |

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
| --- | --- |

*  *  *  *  *  *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  9/2/2005

Signature of Debtor  **Jeffery M. Karp**

Official Form 8
( 12/03)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:  **Jeffery M. Karp**

**7039**

Case No. _____

Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property To Be Surrendered.*

Description of Property

      **1.  2002 Chrysler PT Cruiser automobile**
      **2.  Single Family Residence
         9029 Forestview, Evanston IL**

Creditor's Name

**Chrysler Financial**
**National City Mortgage**

    b.  *Property To Be Retained.*      *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **1.  Lease on 2004 Honda VP automobile** | **American Honda Finance** | | | X | |

Date:  8/2/2005

Signature of Debtor

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.      The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization  ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family - owned farm.

I, the debtor, affirm that I have read this notice.

8/2/2005
_____
Date

_____
Signature of Debtor

_____
Case Number

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re:    **Jeffery M. Karp**

Debtor

Case No. _____

Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,291.00 |
| Prior to the filing of this statement I have received | $ | 1,291.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

    ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d) [Other provisions as needed]
       **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **No representation of debtor in adversary**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____
Chester H. Foster, Jr., Bar No. ARDC # 3122632

**FOSTER, KALLEN & SMITH**
Attorney for Debtor(s)