UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Name of Presiding Judge, Honorable Jack B. Schmetterer

Cause No. 05-30498

Date May 22, 2007

Title of Cause: In re: Jeffrey M. Karp

Brief Statement of Motion: Trustee's Objection to Claim No. 3 and Trustee's Objection to Claim No. 4

Names and Addresses of moving counsel

Representing

Names and Addresses of other counsel entitled to notice and names of parties they represent

### FINAL JUDGMENT ORDER

Pursuant to Findings of Fact and Conclusions of Law made and to be entered this date, IT IS HEREBY ORDERED AND ADJUDGED that Claim Nos. 3 and 4 are each entirely disallowed.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.