**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| KARP, JEFFERY M. | ) | |
| | ) | CASE NO. 05 B 30498 |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn, Courtroom 682
   Chicago, Illinois 60604

   on: **September 27, 2007**
   at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                      $   408,229.63

   b. Disbursements                                 $   356,914.18

   c. Net Cash Available for Distribution$    51,315.45

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $20,975.35 | $ |
| Trustee | $ 0.00 | $ | $ 638.23 |
| Trustee's Accountant | $ 0.00 | $ 1,137.52 | $ |
| US Bankruptcy Court | $ 0.00 | $ | $ 150.00 |
| Trustee's Firm Legal | $ 0.00 | $14,380.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 82.45 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

6.  Claims of general unsecured creditors totaling $42,376.88, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $32.92%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | MBNA America | $ 15,359.63 | $ 5,056.91 |
| 5 | Citibank (South Dakota) NA Citibank/Choice | $ 14,314.00 | $ 4,712.65 |
| 6 | Chicagoland Jewish High School | $ 2,790.00 | $ 918.56 |
| 7 | Johnson & Associates PC | $ 9,913.25 | $ 3,263.78 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **September 4, 2007**   For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                   Page 1 of 1        Date Rcvd: Sep 04, 2007
Case: 05-30498                  Form ID: pdf002               Total Served: 21

The following entities were served by first class mail on Sep 06, 2007.
db           +Jeffery M Karp,   P o Box 1494,   Evanston, IL 60204-1494
aty          +Chester H. Foster,   Foster, Kallen & Smith,   3825 W 192nd St,   Homewood, IL 60430-4314
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9648108     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court:   American Honda Finance,   PO Box 5308,   Elgin IL 60121-5308)
9648109      +Bank One,   PO Box 151523,   Wilmington, DE 19886-0001
9648110       Center For Talent Development,   Northwestern University,   Evanston, IL 60203
9648111       Chase,   PO Box 15651,   Wilmington DE 19886-5651
9648112      +Chicagoland Jewish High School,   7800 Lyons,   Morton Grove, IL 60053-1632
9648114       Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   POB 6305,
               The Lake, NV 88901-6305
9648115       Claudia Olney,   134 S. LaSalle,   Suite 300,   Chicago, IL 60602
9648113      +DaimlerChrysler Services North America LLC,   c/o Riezman Berger PC,   7700 Bonhomme Ave 7th fl,
               St Louis, MO 63105-1924
9648116      +Illinois Dept of Revenue,   Bankruptcy Section,   Level 7-425,   100 W. Randolph Street,
               Chicago, Illinois 60601-3218
9648117      +Johnson & Associates PC,   887 LaSalle Street,   Chicago, IL 60610-3219
9648118      +MBNA America,   PO BOX 15168 MS 1423,   Wilmington, DE 19850-5168
10500295     +Marlene Katz,   2892 Parkside Dr.,   Highland Park, IL 60035-1037
9648119      +Medical University Anesthesiologists,   c/o Armor Systems Corp.,   2322 Green Bay Road,
               Waukegan, IL 60087-4209
10414273     +National City Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433,   Attn Carolyn Strong
9648120       National City Mortgage,   PO Box 1820,   Dayton, OH 45401-1820
9648121      +Sherry L. Karp a.k.a Katz,   9029 Forestview,   Evanston, IL 60203-1912
9648123       Ultimate Martial Arts,   c/o Amerinational Management Services,   PO Box 149007,
               Orlando, FL 32814-9007
9648122      +Ultimate Martial Arts,   3922 W. Touhy Ave.,   Lincolnwood, IL 60712-1028

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2007**          **Signature:** _Joseph Speetjens_